**IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF GEORGE ZACHARIAS PETROS TO THE BAR OF MARYLAND**

\*    **IN THE**

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 28**

\*    **September Term, 2021**

## ORDER

Upon consideration of the Third Verified Petition for Reinstatement and Bar Counsel's Consent to Petition for Reinstatement, filed in the above-captioned case, it is this 5th day of October, 2021,

**ORDERED**, by the Court of Appeals of Maryland, that the Petition be, and the same hereby is, GRANTED; and it is further

**ORDERED,** that George Zacharias Petros is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED**, that the Clerk of the Court shall replace the name George Zacharias Petros upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge



Suzanne C. Johnson, Clerk